UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

RONALD JERMAINE DUGAS　　　　　　　　　　　CIVIL ACTION
(#314846)

VERSUS

DARREL VANNOY, ET AL.　　　　　　　　　　　NO. 21-00530-BAJ-EWD

### RULING AND ORDER

The *pro se* Plaintiff, an inmate currently confined at the Louisiana State Penitentiary in Angola, Louisiana, has sued Warden Darrel Vannoy, Kendrick Williams, Damon Turner, and Christopher Harrell (collectively "Defendants"), alleging that Defendants violated his constitutional rights when they refused to allow Plaintiff to declare himself as in need of emergency mental health services. (*See* Doc. 7 at pp. 4–5). Plaintiff further alleges that Turner and Williams used excessive force when they utilized a chemical agent on him as he was returning from a loss of consciousness after attempting to hang himself. (*See* Doc. 7 at p. 5).

Pursuant to the screening requirements of 28 U.S.C. §§ 1915(e)(2)(B) and 1915A, the Magistrate Judge has now issued a **Report and Recommendation (Doc. 9, the "R&R")**, recommending that all claims against Vannoy, federal claims for deliberate medical indifference and/or policy violations against Harrell, and claims for monetary damages against Williams, Turner, and Harrell in their official capacities, be dismissed with prejudice. (*See* Doc. 9 at p. 2). The R&R further recommends that the Court decline to exercise supplemental jurisdiction over

Plaintiff's potential state law claims. (*See id.*). Finally, the R&R recommends that this matter be referred back to the Magistrate Judge for further proceedings on Plaintiff's remaining claims for monetary relief against Williams and Turner in their individual capacities for excessive force, and the corresponding claim for monetary relief against Harrell in his individual capacity for failure to intervene. (*See id.*). Neither Plaintiff nor Defendants object to the R&R.

Upon de novo review, the Court **APPROVES** the R&R and **ADOPTS** it as the Court's opinion in this matter.

Accordingly,

**IT IS ORDERED** that Plaintiff's claims against Warden Darrel Vannoy be and are hereby **DISMISSED WITH PREJUDICE.**

**IT IS FURTHER ORDERED** that Plaintiff's federal claims for deliberate medical indifference and/or policy violations against Christopher Harrell be and are hereby **DISMISSED WITH PREJUDICE.**

**IT IS FURTHER ORDERED** that Plaintiff's claims for monetary damages against Kendrick Williams, Damon Turner, and Christopher Harrell in their official capacities be and are hereby **DISMISSED WITH PREJUDICE.**

**IT IS FURTHER ORDERED** that the Court declines to exercise supplemental jurisdiction over Plaintiff's potential state law claims.

**IT IS FURTHER ORDERED** that this matter be and is hereby referred back to the Magistrate Judge for further proceedings consistent with this Order.

Baton Rouge, Louisiana, this 4th day of April, 2023

_____
**JUDGE BRIAN A. JACKSON**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**