UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

**RONALD JERMAINE DUGAS**                                    CIVIL ACTION

**VERSUS**

**DARREL VANNOY, ET AL.**                             NO. 21-00530-BAJ-EWD

### RULING AND ORDER

Now before the Court is a **Report and Recommendation (Doc. 49, the "Report")** issued by the Magistrate Judge. The Report recommends that the Motion for Judgment on the Pleadings (Doc. 36) filed by Kendrick Williams and Defendants Christopher Harrell and Damon Turner[1] be denied because Plaintiff has alleged sufficient facts to overcome the qualified immunity defense as to whether the use of chemical agent against him on January 25, 2020, was an appropriate use of force, and as to his bystander liability claim against Harrell. Defendants are therefore not entitled to qualified immunity. Defendants' Motion is opposed. (Doc. 46).[2] Defendants do not object to the Report.

---

[1] After his Complaint was screened by the Court under 28 U.S.C. §§ 1915(A) and 1915(e), Plaintiff still had a pending claim for monetary relief against Williams in his individual capacity for the alleged act of excessive force on January 25, 2020. After the Motion was filed, Plaintiff sought to amend his Complaint to remove his claim against Williams (Doc. 43), which was granted by the Court. (Doc. 45). Accordingly, only claims against Harrell and Turner remain in this action.

[2] Defendants also recently filed a reply memorandum (Doc. 47), which raises new arguments. "[A]rguments cannot be raised for the first time in a reply brief." *Little Tchefuncte River Ass'n v. Artesian Utility Company, Inc.*, 155 F.Supp. 637, 657 (E.D. La. Dec. 11, 2015). Accordingly, Defendants' arguments improperly presented for the first time in the reply memorandum were not considered.

Having carefully considered the Complaint, Defendants' Motion, Plaintiff's opposition, and related filings, the Court **APPROVES** the Report and **ADOPTS** it as the Court's opinion in this matter.

Accordingly,

**IT IS ORDERED** that the **Motion for Judgment on the Pleadings (Doc. 36)** filed by Kendrick Williams and Defendants Christopher Harrell and Damon Turner be and is hereby **DENIED**.

**IT IS FURTHER ORDERED** that this matter be and is hereby referred to the Magistrate Judge for further proceedings.

Baton Rouge, Louisiana, this 27th day of November, 2023

_____
**JUDGE BRIAN A. JACKSON**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**