UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| RONALD DUGAS (#314846) | CIVIL ACTION NO. |
| VERSUS | 21-530-BAJ-EWD |
| DARREL VANNOY, ET AL. | |

**ORDER**

Before the Court are a "Motion Requesting Answers to Written Questions Asked of Defendant Christopher Harrell at Defendant's Deposition" ("Motion for Answers") and a "Motion to Compel Production of Documents Requested in First Request for Production of Documents" ("Motion to Compel"),[1] filed by Plaintiff Ronald Dugas ("Dugas"), who is representing himself and who is confined at the Louisiana State Penitentiary in Angola, Louisiana.

Dugas' Motion for Answers alleges that Defendant Christopher Harrell ("Harrell") has not filed into the record his answers to Dugas' Deposition by Written Questions and seeks to compel Harrell's compliance with this Court's Order, requiring Defendants to answer Plaintiff's Deposition by Written Questions by no later than March 12, 2024.[2] However, Harrell did comply with this Court's Order and timely filed his responses into the record on March 12, 2024.[3] While the Certificate of Service on Harrell's responses states that they were provided to Dugas, to the extent Dugas did not receive the responses, the Court will order Harrell to provide another copy.

With respect to the Motion to Compel, this Court has already explained to Dugas that discovery in this case ended on December 29, 2023. The discovery period originally started after

---

[1] R. Docs. 69 & 70.
[2] R. Doc. 61.
[3] R. Doc. 66.

Defendants answered Dugas' Amended Complaint on July 20, 2023.[4] Discovery was then stayed on October 5, 2023, at Defendants' request, to permit a ruling on Defendants' Motion for Judgment on the Pleadings, which raised the defense of qualified immunity.[5] By that point, the original 90-day discovery period had almost ended. However, the Court gave an additional 30 days for the parties to conduct discovery after Defendants' Motion for Judgment on the Pleadings was denied.[6] Though the Court allowed Dugas to conduct out-of-time depositions of Defendants, that was done because Defendants produced information after the December 29, 2023 discovery deadline.[7] The Court did not generally extend the discovery deadline at that time. Earlier this month, at Dugas' request, the Court also ordered Defendants to produce any video footage that existed of the incident in question. In doing so, the Court explained that the video footage was being ordered because such information is highly probative and because Dugas is representing himself.[8] Again, the Court did not generally extend the discovery period then and declines to do so now. Discovery in this case ended nearly three months ago, and any motions to compel should have been filed within the discovery period. Also, the Court has already given Dugas great flexibility because he is representing himself; however, this case was filed in September 2021 and must be brought to resolution.

As the record reflects that Defendants timely responded to the Court's Orders allowing Dugas to conduct out-of-time depositions, and to produce any video footage of the incident in question, such that no further discovery will be permitted,[9]

---

[4] *See* R. Doc. 11 (providing 90 days from Defendants' first appearance for the parties to complete all discovery) and R. Doc. 19 (Defendants' Answer, filed July 20, 2023).
[5] R. Docs. 37 & 45.
[6] R. Docs. 49, 52, & 53 (extending the discovery period 30 days, to December 29, 2023 and ordering the parties to file cross motions for summary judgment by January 29, 2024).
[7] *See* R. Docs. 58 & 61.
[8] R. Docs. 67 & 68.
[9] R. Doc. 66 ((Defendant Christopher Harrell's Responses to Plaintiff's Deposition Questions Under FRCP 30 (R. Doc. 60)); R. Doc. 67 (Defendant Damon Turner's Responses to Plaintiff's Deposition Questions Under FRCP 30 (R.

**IT IS ORDERED** that the "Motion Requesting Answers to Written Questions Asked of Defendant Christopher Harrell at Defendant's Deposition" and the "Motion to Compel Production of Documents Requested in First Request for Production of Documents," filed by Plaintiff Ronald Dugas, are **DENIED**.[10]

**IT IS FURTHER ORDERED** that Defendants shall forward a copy of R. Doc. 66, Christopher Harrell's Responses to Plaintiff's Deposition Questions under FRCP 30 to Ronald Dugas.

The parties are reminded that the deadline to file cross-motions for summary judgment is **April 12, 2024**.

Signed in Baton Rouge, Louisiana, on March 22, 2024.

**ERIN WILDER-DOOMES**
**UNITED STATES MAGISTRATE JUDGE**

---

Doc. 60)); and R. Doc. 71 & 71-1 (Notice of Compliance with affidavit from Investigative Services at LSP that "[n]o tier or body camera footage was found" … after searching the records).
[10] R. Docs. 69 & 70.