UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

RONALD JERMAINE DUGAS                             CIVIL ACTION

VERSUS

DARREL VANNOY, ET AL.                             NO. 21-00530-BAJ-EWD

## RULING AND ORDER

This is an excessive force case. Now before the Court is a **Report and Recommendation (Doc. 86, the "Report")** issued by the Magistrate Judge. The Report recommends that the Motion for Summary Judgment (Doc. 77, the "Motion") filed by Defendants Christopher Harrell and Damon Turner be granted because Plaintiff's claims are time-barred. Plaintiff does not object to the Report.

Having carefully considered Defendants' Motion, Plaintiff's opposition,[1] and related filings, the Court **APPROVES** the Report and **ADOPTS** it as the Court's opinion in this matter.

Accordingly,

**IT IS ORDERED** that Defendants Christopher Harrell and Damon Turner's **Motion for Summary Judgment (Doc. 77)** be and is hereby **GRANTED**.

**IT IS FURTHER ORDERED** that this action be and is hereby **DISMISSED**

---

[1] Instead of an opposition to Defendants' Motion, Plaintiff filed his own Motion for Summary Judgment (Doc. 80) responding to Defendants' arguments. The Magistrate Judge considered these arguments in the Report. (*See* Doc. 86 at 2).

**WITH PREJUDICE**. Judgment shall issue separately.

Baton Rouge, Louisiana, this 12th day of July, 2024

_____
**JUDGE BRIAN A. JACKSON
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA**